## STATE COURT OF APPEALS—Continued

### No. 115
### EMERY v. STATE

Ohio Appeals, 6th Dist., Lucas Co.
No. 1450. Decided Dec. 22, 1924

4. ABORTION—Conviction may rest upon uncorroborated testimony of an accomplice— Jury and trial judge best qualified to say whether or not that of witness is creditable.

CHITTENDEN, J.

Epitomized Opinion

Published only in Ohio Law Abstract

Emery was convicted in the Lucas Common Pleas for unlawfully procuring an abortion, the result of which, was the death of the patient. He was sentenced to serve a minimum of three years in the penitentiary.

A petition in error was filed in the Court of Appeals in which Emery alleged numerous errors in the record and proceedings in the trial court. He claimed that the verdict and judgment were contrary to the weight of the evidence, and that the prosecuting attorney was guilty of misconduct in arguing the case to the jury.

The court held:

1. The case as shown by the record was tried in the most proper and orderly manner.

2. The argument of the prosecuting attorney was merely a dispassionate discussion of the evidence as introduced in the trial; and no prejudicial error existed by virtue of such argument.

3. In Ohio, corroboration of testimony of a witness is not essential to conviction, if jury believes the uncorroborated testimony of the witness, but if the court instructs a jury to the contrary, such instructi nois proper.

On review of the record the trial court's judgment was affirmed.

Attorneys—Allen J. Seney, for Emery; Roy R. Stuart, for State; both of Toledo.

---

Next week's Abstract will be the first issue of February, and it will contain the monthly Digest, covering all the opinions published in the January numbers, together with the Concordance and Code Notes for January cases. With this monthly publication searches for authority upon desired points will be much easier than to go through the separate weekly issues. It should be remembered that the Cumulated digest for each month will always be found in the first issue of the following

# Bound Volumes of 1924 Ohio Law Abstracts

Subscribers who wish to exchange their numbers, can return them to us, and receive a bound book.

A binding charge of $2.50 is made for binding, buckram, to those who return their back numbers. We pay return postage.

Those who send us incomplete sets, can have them filled at 25 cents per number we furnish.

Our bound volumes have the two 1924 semi-annual Digests bound in the volume with the other numbers, as an Index.

At present we cannot supply No. 2 of 1924 Abstract separate at any price, the supply being exhausted.

A volume of numbers can be sent us, by parcel post, for from 10 to 15 cents, depending upon the distance our city is from the mailing office.

---

### SUPREME COURT, Pending Case

(Continued from page 52)

### No. 116
### STATE ex v. AMERICAN MORT. CO.

No. 18897. Supreme Court

Petition in Mandamus, alternative writ allowed returnable January 17.

747. MANDAMUS—Does refusal of corporation to furnish stockholder with list of other stockholder's names, warrant writ?

Rhea Katz as owner of one share of common stock in the American Mortgage Co. demanded of the president of the corporation a list of the names and residences of all the stockholders. This is required by 8685 GC.

She alleges that the corporation has failed to comply with her demand. Plaintiff prays that a writ be issued compelling corporation to furnish such list, or that the Mortgage Company show why it should not comply with the demand.

Attorneys—David Rosenbaum & Leo Weinberger, Cincinnati, for State.